# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI, | Case No. 2:16-CV-03795-SJF-ARL |
| Plaintiff, | |
| v. | **[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT A.S.R. ELECTRICAL CONTRACTING, INC.** |
| A.S.R. ELECTRICAL CONTRACTING, INC., | |
| Defendants. | |

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 28 2016   ★

LONG ISLAND OFFICE

## DEFAULT JUDGMENT AGAINST DEFENDANT A.S.R.

## ELECTRICAL CONTRACTING, INC.

This case is before the Court on Plaintiff's ("Plaintiff") Motion for

Entry of Default Judgment ("Motion") [Dkt. # ⟨2⟩ ], seeking default

judgments against Defendant A.S.R. Electrical Contracting, Inc.

("Defendant"). The Clerk of the Court for the Eastern District of New York

entered the default of Defendant A.S.R. Electrical Contracting, Inc. on

September 16, 2016 [Dkt. #11].

At this time, Plaintiff seeks Default Judgment against Defendant

A.S.R. Electrical Contracting, Inc. in the amount of $15,000.00 plus post-

judgment interest pursuant to 28 U.S.C § 1961.

The Plaintiff's Motion was properly served on A.S.R. Electrical

Contracting, Inc. on September 23, 2016. Having considered all matters of record, the arguments of counsel, all responses and replies, if any, and the applicable legal authorities, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Plaintiff's Motion [Doc. #⟨12⟩] is GRANTED in all respects. It is further

**ORDERED, ADJUDGED, and DECREED** that default judgment is hereby rendered in favor of the Plaintiff against Defendant A.S.R. Electrical Contracting, Inc. in the amount of $15,000.00 (the "Judgment Amount"). It is further

**ORDERED, ADJUDGED, and DECREED** that post-judgment interest shall accrue at the rate of _____% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant A.S.R. Electrical Contracting, Inc. to the Plaintiff. It is further

**ORDERED, ADJUDGED, and DECREED** that Defendant A.S.R. Electrical Contracting, Inc. immediately cease all use of Plaintiff's copyrighted work as complained by Plaintiff. It is further

**ORDERED, ADJUDGED, and DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Default Judgment.

There being no just reason for delay in the entry of this Default Judgment, the Court hereby directs the clerk to enter judgment as to Defendant A.S.R. Electrical Contracting, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SIGNED at Central Islip, New York this 28th day of November, 2016.

s/ Sandra J. Feuerstein

SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT
JUDGE